UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FAVOR,<br><br>   Plaintiff,<br><br>v.<br><br>ETTA MAE GRAY, et al.,<br><br>   Defendants. | Case No. 1:19-cv-01535-DAD-EPG<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA |

Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in: (1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b).

In this case, there is no indication that any of the defendants reside in the Eastern District of California, and the Complaint states that the claim arose in Men's Central Jail/Los Angeles, as well as a branch location of the Los Angeles Police Department, both of which are in the Central District of California.[1] Therefore, plaintiff's action should have been filed in the United States

---

[1] Plaintiff's hand writing is difficult to read, but, in addition to listing the Men's Central Jail in Los Angeles as a location where the events at issue occurred, he also lists an illegible police station, following by the acronym "LAPD."

1

District Court for the Central District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: **November 5, 2019**  /s/ *Eric P. Groj*
UNITED STATES MAGISTRATE JUDGE